IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY BEACHY, | CASE NO. CV F 12-1461 LJO GSA |
| Plaintiff, | **ORDER FOR PLAINTIFF TO PRODUCE EVIDENCE OF DOMAIN NAME OWNERSHIP** |
| vs. | |
| INTERNATIONAL AGRI-CENTER, INC., et al., | |
| Defendants. | |

Defendant-counterclaimant International Agri-Center, Inc. ("IGC") seeks to enjoin plaintiff-counterdefendant Stacey Beachy's ("Ms. Beachy's") use and control of domain names "agwarriors.com" and "agwarriors.org" and the content of websites associated with those and similar domain names. Review of the record and discussions with counsel reveal that the key issue is ownership of the domain names at issue. As such, this Court ORDERS Ms. Beachy, no later than 10 a.m. on October 16, 2012, to file and serve papers to demonstrate her rights of ownership and control over the domain names at issue. After this Court reviews Ms. Beachy's papers, this Court will order injunctive relief or IGC's further papers. For clarification or assistance, the parties may contact staff attorney Gary Green at (559) 499-4683.

IT IS SO ORDERED.

Dated:   October 15, 2012                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1