IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY BEACHY,<br><br>            Plaintiff,<br><br>  vs.<br><br>INTERNATIONAL AGRI-CENTER, INC., et al.,<br><br>            Defendants.<br>_____ / | CASE NO. CV F 12-1461 LJO GSA<br><br>**ORDER TO PERMIT RESPONSE TO BEACHY DECLARATION AND EXHIBITS** |

Defendant-counterclaimant International Agri-Center, Inc. ("IGC") seeks to enjoin plaintiff-counterdefendant Stacey Beachy's ("Ms. Beachy's") use and control of domain names "agwarriors.com" and "agwarriors.org" and the content of websites associated with those and similar domain names. Ms. Beachy has filed papers to raise factual issues as to ownership of the domain names and IGC's commitment to and participation in the Ag Warriors program. As such, this Court PERMITS IGC, no later than 10 a.m. on October 17, 2012, to file and serve papers to attempt to resolve factual issues as to ownership of the domain names and IGC's commitment to and participation in the Ag Warriors program. Key issues for this Court are events during the summer of 2011 as to formation of the Ag Warriors program, purchase and registration of domain names, and a memorandum of understanding mentioned in paragraph 12 of Ms. Beachy's declaration. After this Court reviews IGC's further papers, if any, this Court will rule on IGC's request for injunctive relief. For clarification or assistance, the parties may contact staff attorney Gary Green at (559) 499-4683.

IT IS SO ORDERED.

Dated:   October 16, 2012              /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE