# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY BEACHY,<br><br>            Plaintiff,<br>   vs.<br>INTERNATIONAL AGRI-CENTER, INC., et al.,<br><br>            Defendants. | CASE NO. CV F 12-1461 LJO GSA<br><br>**INJUNCTIVE RELIEF ORDER**<br>(Doc. 10.) |

Defendant-counterclaimant International Agri-Center, Inc. ("IGC") seeks to enjoin plaintiff-counterdefendant Stacey Beachy's ("Ms. Beachy's") use and control of domain names "agwarriors.com" and "agwarriors.org" and the content of websites associated with those and similar domain names. The parties' papers raise, for injunctive relief purposes, unresolvable factual issues regarding ownership, maintenance and control of the domain names and websites to preclude this Court to grant IGC broad injunctive relief it requests. As such, this Court ORDERS Ms. Beachy immediately to cease to take action inconsistent with status, as of August 27, 2012, of the agwarriors.com and agwarriors.org websites and to refrain from impeding the status of the agwarriors.com and agwarriors.org websites as of August 27, 2012. As such, the agwarriors.com and agwarriors.org websites must be returned immediately to their status as of August 27, 2012. Based on the record, this Court is unable to grant further injunctive relief.

IT IS SO ORDERED.

Dated:   October 18, 2012                    /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE