1  SHELLEY G. BRYANT Ca. Bar No. 222925
   AMANDA B. WHITTEN Ca. Bar No. 251160
2  BRYANT WHITTEN, LLP
   8050 North Palm Avenue, Suite 210
3  Fresno, California 93711
   (559) 494-4910 Telephone
4  (559) 421-0369 Facsimile

5  *Attorneys for Plaintiff and Counter-Defendant*
   STACEY BEACHY
6
   STEPHEN E. RONK, Ca. Bar No. 164333
7  ANTHONY J. BELLONE, Ca. Bar No. 119450
   ERIKA L. SHAO, Ca. Bar No. 265917
8  GORDON & REES LLP
   633 West Fifth Street, Suite 2500
9  Los Angeles, CA  90071
   Telephone: (213) 576-5000
10 Facsimile: (213) 680-4470

11 *Attorneys for Defendant,*
   INTERNATIONAL AGRI-CENTER, INC.
12

13              UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
14

| | |
|---|---|
| STACEY BEACHY, | Case No.  1:12-cv-01461 LJO-GSA |
| *Plaintiff*, | |
| v. | **STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** |
| INTERNATIONAL AGRI-CENTER, INC., a California Corporation, JERRY SINIFT, an individual, BRIAN WATTE, an individual, and DOES 1 through 20, inclusive, | **Conference Date:   December 13, 2012**<br>**Trial Date:                TBD** |
| *Defendants*. | |
| INTERNATIONAL AGRI-CENTER, INC., A California Corporation, | |
| *Counterclaimant,* | |
| v. | |
| STACEY BEACHY, an individual | |
| *Counterdefendant*. | |

1  Plaintiff and Counterdefendant Stacey Beachy ("Beachy"), and Defendant and
2 Counterclaimant International Agri-Center, Inc. ("IAC"), through their respective counsel,
3 hereby stipulate as follows:

4  Whereas, the parties desire to pursue early potential settlement of this action before
5 substantial attorney fees and costs are incurred; and

6  Whereas, the parties have agreed to engage in non-binding mediation before the
7 Honorable Howard Broadman (Ret.) which is scheduled for March 21, 2013;

8  Whereas, the Mandatory Scheduling Conference in this matter is currently set for
9 December 13, 2013; and

10  Whereas, the parties desire to continue the Mandatory Scheduling Conference to allow
11 the parties to pursue potential settlement, and to stay all discovery for 30 days after the
12 Mandatory Scheduling Conference.

13  Therefore, the parties, through their respective counsel, hereby stipulate, agree and
14 respectfully request that the Court reschedule the December 13, 2012 Mandatory Scheduling
15 Conference until **February 25, 2013 at 9:30 a.m.** to be held in Courtroom 10 of the U.S. District
16 Court, 2500 Tulare Street, Fresno, California 93721 before Magistrate Judge Gary S. Austin, and
17 that all discovery be stayed until after the Mandatory Scheduling Conference.

18 Dated:  November 16, 2012          BRYANT WHITTEN, LLP

19
                                    By  */Shelly G. Bryant/*
20                                      Shelly  G. Bryant
                                        *Attorneys for Plaintiff/Counterdefendant*
21                                      Stacey Beachy

22
23 Dated:  November 16, 2012          GORDON & REES LLP

24                                  By  */Anthony J. Bellone/*
                                        Anthony J. Bellone
25                                      *Attorneys for Defendant*
                                        INTERNATIONAL AGRI-CENTER, INC.
26
27
28

Dated: November 16, 2012     SIERRA IP LAW, PC

RUDDELL, COCHRAN, STANTON,
SMITH & BIXLER, LLP

By */Mark D. Miller/*
　　Mark D. Miller
　　Matthew W. Bixler
　　*Attorneys for Counterclaimant*
　　INTERNATIONAL AGRI-CENTER, INC.

## ORDER

IT IS HEREBY ORDERD that the Mandatory Scheduling Conference in this matter is continued from December 13, 2012, until February 25, 2013 at 9:30 a.m. in Courtroom 10 of the U.S. District Court, 2500 Tulare Street, Fresno, California 93721, and that all discovery be stayed until 30 days after the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:  **November 19, 2012**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE