SHELLEY G. BRYANT Ca. Bar #222925
AMANDA B. WHITTEN Ca. Bar #251160
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

*Attorneys for Plaintiff and Counter-Defendant*
STACEY BEACHY

ANTHONY J. BELLONE, Ca. Bar #119450
ERIKA L. SHAO, Ca. Bar #265917
GORDON & REES LLP
633 West Fifth Street, Suite 2500
Los Angeles, CA  90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

*Attorneys for Defendant,*
INTERNATIONAL AGRI-CENTER

MARK D. MILLER, Ca. Bar #116349
MARCUS N. DiBUDUO, Ca. Bar #258684
SIERRA IP LAW, P.C.
7030 N. Fruit Ave., Ste. 110
Fresno, CA 93711
Telephone: (559) 436-3800
Facsimile: (559) 436-4800

*Attorneys for Counterclaimant,*
INTERNATIONAL AGRI-CENTER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STACEY BEACHY,<br><br>   *Plaintiff,*<br><br>  v.<br><br>INTERNATIONAL AGRI-CENTER, INC., a California Corporation, JERRY SINIFT, an individual, BRIAN WATTE, an individual, and DOES 1 through 20, inclusive,<br><br>   *Defendants.*<br><br>INTERNATIONAL AGRI-CENTER, A California Corporation,<br><br>   *Counterclaimant,*<br><br>  v.<br><br>STACEY BEACHY, an individual<br><br>   *Counterdefendant.* | Case No.  1:12-cv-01461 LJO-GSA<br><br>**RULE 41 DISMISSAL OF COMPLAINT OF STACEY BEACHY, AND DISMISSAL OF COUNTERCLAIMS OF INTERNATIONAL AGRI-CENTER**<br><br>**Conference Date:** **December 13, 2012**<br>**Trial Date:**   **TBD** |

1    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereto hereby
2    stipulate as follows:

3    WHEREAS plaintiff and counter-defendant Stacey Beachy ("Beachy"), and defendants
4    International Agri-Center, Jerry Sinift, and Brian Watte and counter-claimant International Agri-
5    Center (collectively "IAC"), and  have reached a settlement of disputes including the matters
6    stated in the complaint and counterclaim in this action; and

7    WHEREAS as a result of such settlement, Beachy and IAC agree to dismiss the
8    respective claims and counterclaims stated against each other in this action with prejudice; and

9    The parties hereby stipulate and agree as follows:

10    1.    All claims in the complaint in this action stated by Stacey Beachy as against
11    International Agri-Center, Jerry Sinift, and Brian Watte shall be dismissed with prejudice.

12    2.    All counterclaims of International Agri-Center in this action shall be dismissed
13    with prejudice.

14    3.    The court shall retain jurisdiction to enforce the settlement agreement reached
15    between the parties in this action.

16    ///
17    ///
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

4.      Each party hereto shall bear its own attorneys fees and costs incurred in the above-captioned action.


Dated:  May 24, 2013                    BRYANT WHITTEN, LLP

                                        By  /Shelley G. Bryant/                          
                                            Shelley  G. Bryant
                                            *Attorneys for Plaintiff/Counterdefendant*
                                            Stacey Beachy

Dated:  May 24, 2013                    GORDON & REES LLP

                                        By  /Anthony J. Bellone/                         
                                            Anthony J. Bellone
                                            *Attorneys for Defendant*
                                            INTERNATIONAL AGRI-CENTER

Dated:  May 24, 2013                    SIERRA IP LAW, PC

                                        By  /Marcus N. DiBuduo/                          
                                            Marcus N. DiBuduo
                                            *Attorneys for Counterclaimant*
                                            INTERNATIONAL AGRI-CENTER


**ORDER**

The Clerk is directed to close this action.  This Court DISMISSES this action pursuant to the parties' stipulation.


IT IS SO ORDERED.

Dated:   **May 28, 2013**                  **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE


RULE 41 DISMISSAL OF COMPLAINT OF STACEY BEACHY, AND                    1:12-cv-01461 LJO-GSA
DISMISSAL OF COUNTERCLAIMS OF INTERNATIONAL AGRI-CENTER                 Page 3 of 3